FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE ANN WIDEMAN,<br><br>    Petitioner,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Respondent. | No. 2:15-CV-122-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Mary K. Dimke's Report and Recommendation, ECF No. 18, filed August 18, 2016, regarding the parties' cross-motions for summary judgment, ECF No. 12 and ECF No. 14. Neither party has filed an objection to the Report and Recommendation within the fourteen day response period allowed by the Court.

Having reviewed the Report and Recommendation and finding no error, the Court **ADOPTS the Report and Recommendations, ECF No. 18, in its entirety**.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED.**

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. Defendant's Motion for Summary Judgment, **ECF No. 14,** is

    **GRANTED.**

**IT IS SO ORDERED**. The District Court Clerk is directed to **enter judgment for the Defendant,** file this Order, provide a copy to Petitioner and counsel for Respondent, and **CLOSE THE FILE**.

**DATED** this 7th day of September 2016.

                              *s/Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                            United States District Judge